■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SYLVESTER MARTIN, Appellant. [745 NYS2d 731] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38). (Appeal from judgment of Genesee County Court, Noonan, J.—Criminal Possession Stolen Property, 5th Degree.) Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Burns and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SADIE PAYNE, Appellant. (Appeal No. 1.) [745 NYS2d 732] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38). (Appeal from judgment of Supreme Court, Erie County, Forma, J.—Attempted Arson, 2nd Degree.) Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Burns and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SADIE PAYNE, Appellant. (Appeal No. 2.) [745 NYS2d 732] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38). (Appeal from judgment of Supreme Court, Erie County, Forma, J.—Violation of Probation.) Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Burns and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS RODRIQUEZ, Appellant. [745 NYS2d 730] —Judgment unanimously affirmed. Counsel's motion to vacate the dismissal of the appeal and to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38). (Appeal from Judgment, Wyoming County Court, Dadd, J.—Attempted Possession Prison Contraband, 1st Degree.) Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Burns and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN J. TYLER, Appellant. [745 NYS2d 730] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38). (Appeal from judgment of Allegany County Court, Euken, J.—Criminal Contempt, 1st Degree.) Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Burns and Gorski, JJ.